UNITED STATES of America,
Plaintiff–Appellee

v.

Jose Ricardo TREVINO–DIAZ,
Defendant–Appellant.

No. 10–40136
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 15, 2011.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Seth Kretzer, Law Offices of Seth Kretzer, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, GARZA, and ELROD, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

PER CURIAM: *

The attorney appointed to represent Jose Ricardo Trevino–Diaz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Trevino–Diaz has not filed a response. Our independent review of the record and counsel's brief discloses no non-frivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

The Federal Public Defender appointed to represent Osvaldo Lopez–Chavarria has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Lopez–Chavarria has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

